FILED
CLERK, U.S. DISTRICT COURT

OCT 1 4 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No. 2:21-mj-4726
                                   )
                    Plaintiff,     )   ORDER OF DETENTION AFTER HEARING
                                   )      (Fed.R.Crim.P. 32.1(a)(6)
              v.                   )        18 U.S.C. § 3143(a)
                                   )      Allegations of Violations of
Justin Robert Carmo,               )      Probation/Supervised Release
                                   )              Conditions)
                    Defendant.     )
_____)

On arrest warrant issued by the United States District Court for

the _____MDFL_____ involving alleged violations of

conditions of probation/supervised release:

    1.   The court finds that no condition or combination of

       conditions will reasonably assure:

       A.   (✓) the appearance of defendant as required; and/or

       B.   (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

    A.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_extensive criminal history which includes_
_crimes of violence and weapons offenses;_
_instant offense allegations_

    B.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _Criminal history which includes_
_failure to appear, absconding and_
_probation violations; instant allegations;_
_lack of bail resources._

IT IS ORDERED that defendant be detained.

DATED:  10/14/2021

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2